**Electronically Filed
Supreme Court
SCWC-17-0000598
02-MAY-2022
10:38 AM
Dkt. 13 ODAC**

SCWC-17-0000598

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

NOEL MADAMBA CONTRACTING LLC,
Petitioner/Movant/Cross-Respondent/Appellant,

vs.

RAMON ROMERO and CASSIE ROMERO,
Respondents/Respondents/Cross-Petitioners/Appellees,

and

A&B GREEN BUILDING, LLC,
Respondent/Cross-Respondent/Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000598; S.P. NO. 12-1-0210)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Movant-Cross-Respondent-Appellant Noel Madamba Contracting LLC's Application for Writ of Certiorari filed on March 6, 2022, is rejected.

DATED: Honolulu, Hawai‘i, May 2, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

